ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
  Assistant Regional Counsel
  Social Security Administration, Region IX
  333 Market Street, Suite 1500
  San Francisco, California 94105
Tel: (415)977-8933
Fax: (415) 744-0134
E-mail: Paul.Sachelari@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEG SMART,<br><br>      Plaintiff,<br><br>  vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendant | Case No.: CV 08-08243-JC<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Plaintiff the amount of $4,665.22, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE:     October 12, 2010

                               /s/
                        THE HONORABLE JACQUELYN CHOOLJIAN
                        UNITED STATES MAGISTRATE JUDGE